PFE/KMP December 2022
GJ#20

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>SOUTHERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | No. |
| ) | |
| **TAVARES TREVON NELSON** ) | |
| also known as *"Tavarestre Nelson"* ) | |
| or *"Tavares Tre Von Nelson"* ) | |

## <u>INDICTMENT</u>

<u>**COUNT ONE**</u>:  **[18 U.S.C. § 922(o)]**

The Grand Jury charges that:

On or about the 1st day of November 2022, in Jefferson County, within the Northern District of Alabama, the defendant,

**TAVARES TREVON NELSON
also known as *"Tavarestre Nelson"* or *"Tavares Tre Von Nelson"*,**

did knowingly possess a machinegun, that is, a Glock .45 caliber pistol modified by the replacement of the slide cover with a machinegun conversion device designed to enable automatic fire, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT TWO:  [26 U.S.C. § 5861(d)]

The Grand Jury further charges that:

On or about the 1st day of November 2022, in Jefferson County, within the Northern District of Alabama, the defendant,

**TAVARES TREVON NELSON**
**also known as *"Tavarestre Nelson" or "Tavares Tre Von Nelson",***

knowingly received and possessed a firearm, a Glock .45 caliber pistol modified by the replacement of the slide cover with a machinegun conversion device designed to enable automatic fire, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d) and 5871.

A TRUE BILL

*/s/ Electronic Signature*
FOREPERSON OF THE GRAND JURY

        PRIM F. ESCALONA
        United States Attorney

        */s/ Electronic Signature*
        KRISTY M. PEOPLES
        Assistant United States Attorney